# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SANTOSH K.,

          Petitioner,

   v.

MINGA WOFFORD, et al.,

          Respondents.

No.  1:26-cv-00667 JLT SKO (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS
(Doc. 12)

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO RELEASE PETITIONER, ENJOINING RESPONDENTS FROM RE-DETAINING PETITIONER, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE

Santosh K. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 11, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the petition.  (Doc. 12.)  The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 7 days. (Doc. 12.)  On February 13, 2026, Petitioner filed a non-opposition. (Doc. 13.) Respondents did not file objections.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and

1

Recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on February 11, 2026, (Doc. 12), are **ADOPTED** in full.

2. The petition for writ of habeas corpus is **GRANTED**.

3. Respondents are **ORDERED TO RELEASE** Petitioner immediately.

4. Respondents are **ENJOINED** from re-detaining Petitioner unless her re-detention is ordered at a custody hearing before a neutral arbiter where the government bears the burden of proving, by clear and convincing evidence, that Petitioner presents a flight risk or danger to the community.[1]

5. The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **February 23, 2026**

UNITED STATES DISTRICT JUDGE

---

[1] If legally sufficient circumstances justify arrest without notice in advance, a post-deprivation hearing consistent with the requirements set forth here, **SHALL** be provided within seven days of the arrest.

2